UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

MARGARET BANUELOS,

Defendant.
_____

15-CR-143

**DECISION AND ORDER**

1. On September 7, 2018, the defendant, Margaret Banuelos, pleaded guilty to Count 4 of the second superseding indictment charging a violation of Title 18, United States Code, Section 1956(h) (money laundering conspiracy). Docket Item 217.

2. On September 7, 2018, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 637.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Schroeder's Report & Recommendation (docket item 637), the plea agreement (docket item 632), the second superseding indictment (docket item 217), a transcript of the digital FTR recording of the plea proceeding (docket item 636), and the applicable law. This Court finds no legal or factual error in Judge Schroeder's Report & Recommendation and therefore adopts Judge Schroeder's recommendation that the defendant's plea of guilty

be accepted and that the defendant be adjudged guilty of Count 4 of the second superseding indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Schroeder's September 7, 2018 Report & Recommendation, Docket Item 637, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Margaret Banuelos, is now adjudged guilty under Title 18, United States Code, Section 1956(h).

SO ORDERED.

Dated:   November 16, 2018
         Buffalo, New York

                                       *s/ Lawrence J. Vilardo*
                                       LAWRENCE J. VILARDO
                                       UNITED STATES DISTRICT JUDGE